UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                     Case No. 23-cv-10123
                                     Hon. Matthew F. Leitman

PIPER GIBSON FAKIR, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Court's Order Granting Plaintiff's Motion for Summary Judgment (entered June 4, 2025, at ECF No. 27), IT IS ORDERED, ADJUDGED, AND DECREED as follows:

    1.    Judgment is entered in favor of the United States and against the defendants Piper G. Fakir, as representative of the Estate of Abdul K. Fakir, Sr., and Piper G. Fakir, individually, jointly and severally, for joint and several income tax liabilities for the 2002, 2003, and 2004 tax years in the amount of $256,643.25, plus statutory additions and interest accruing from and after October 28, 2024, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until fully paid; and

    2.    Judgment is entered in favor of the United States and against the defendant Piper G. Fakir, as representative of the Estate of Abdul K. Fakir, Sr., for

2

income tax liabilities for the for the 2001, 2011, 2012, 2014, 2017, and 2019 tax years in the amount of $323,100.12, plus statutory additions and interest accruing from and after October 28, 2024, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until fully paid.

**IT IS SO ORDERED.**

                                                                         KINIKIA ESSIX
                                                                         CLERK OF COURT

                                                By:    s/Holly A. Ryan
                                                           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 7, 2025
Detroit, Michigan